**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1601**

———————

CHARLES L. FREEZE,

Plaintiff - Appellant,

versus

VETERANS ADMINISTRATION FOR NORTH CAROLINA;
DEPARTMENT OF SOCIAL SERVICES OF ROWAN COUNTY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-00-963-1)

———————

Submitted:  September 20, 2001      Decided:  September 26, 2001

———————

Before LUTTIG, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles L. Freeze, Appellant Pro Se.  Gill Paul Beck, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina; Harry Lee Davis, Jr., Ann Cox Rowe, DAVIS & HAMRICK, L.L.P., Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles L. Freeze appeals the district court's order dismissing his civil complaint for lack of jurisdiction. We have reviewed the record, the district court's order accepting the magistrate judge's recommendation, and Freeze's informal appellate brief. Because Freeze failed to challenge on appeal the bases for the district court's dismissal for lack of jurisdiction, he has not preserved any issue for our review. 4th Cir. R. 34(b). Accordingly, we grant Freeze leave to proceed in forma pauperis and affirm on the reasoning of the district court. Freeze v. Veterans Admin. for N.C., No. CA-00-963-1 (M.D.N.C. filed Mar. 30, 2001; entered Apr. 2, 2001). We deny Freeze's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2